**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
MARJORIE PHILLIPS,

            Plaintiff,

   -against-

FASHION INSTITUTE OF
TECHNOLOGY, MARY DAVIS,
and MARILYN BARTON,

            Defendants.

------------------------------------- x



ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request to for a 90-day extension of time to complete discovery, (ECF No. 41), is GRANTED. Discovery shall be completed by October 12, 2021.

The status conference is adjourned from July 7, 2021 to October 6, 2021 at 9:45 a.m.

The Clerk of Court is directed to close the motion, (ECF No. 41), accordingly.

Dated: July 6, 2021
      New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge