UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MARJORIE PHILLIPS,

      Plaintiff,

  -against-

FASHION INSTITUTE OF
TECHNOLOGY, MARY DAVIS,
and MARILYN BARTON,

      Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 2 2022

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The parties' request to adjourn the conference scheduled for March 23, 2022, (ECF No. 60), is GRANTED. A status conference is scheduled for May 25, 2022 at 9:45 a.m.

Dated: March 22, 2022
   New York, New York

              SO ORDERED.

              */s/ George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge