UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARJORIE PHILLIPS,

                                     **Plaintiff,**                             20-CV-00221 (GBD)(SN)

       -against-                                           **ORDER**

FASHION INSTITUTE OF TECHNOLOGY, et al.,

                                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       For the reasons stated on the record during the May 10, 2022 conference, Plaintiff's motion to compel is DENIED. Defendants are ordered to produce Defendant Mary Davis's termination letter by the end of the week. No further discovery on Defendant Davis's termination or any other matter will be permitted.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                   May 10, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022