**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARJORIE PHILLIPS,                                  :
                                                    :
                           Plaintiff,               :        MEMORANDUM DECISION
          -against-                                 :           AND ORDER
                                                    :
THE FASHION INSTITUTE OF TECHNOLOGY,                :        20 Civ. 221 (GBD)
MARY DAVIS and MARILYN BARTON,                      :
                                                    :
                           Defendants.              :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

          The status conference scheduled for May 25, 2022 is adjourned to July 27, 2022 at 10:00

a.m.


Dated: May 24, 2022
          New York, New York


                                        SO ORDERED.

                                        *George B Daniels*

                                        GEORGE B. DANIELS
                                        United States District Judge