UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARJORIE PHILLIPS,

                Plaintiff,

   -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS and MARILYN BARTON,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conferences scheduled for July 20, 2022 and July 27, 2022 are canceled.

    This Court will hear oral argument on Defendants' motion for summary judgment, (ECF No. 79), on October 26, 2022 at 10:30 a.m.

Dated: July 15, 2022
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge