UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARJORIE PHILLIPS,

                    Plaintiff,

  -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS and MARILYN BARTON,

                    Defendants.

------------------------------------------------------------x

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on Defendants' motion for summary judgment, (ECF No. 79), scheduled for October 26, 2022 is adjourned to November 30, 2022 at 10:00 a.m.

Dated: August 30, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge