

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>

# Request for Information
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  Fri, Sep 8, 2017 at 4:50 PM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Natacha,

May I have a couple more examples of job descriptions on Schedule 93 when you have a moment please? I appreciate your help.

Thank you.

Marjorie

Marjorie Phillips
School of Graduate Studies
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY  10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu

PLAINTIFF PHILLIPS 000158



MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Re: Job Descriptions
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  Tue, Sep 5, 2017 at 10:51 AM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Good Morning,

The Dean and I had a meeting about a week ago and she presented two job descriptions from my file in Human Resources, one of which was created when Joanne Arbuckle was the acting SGS Dean as per the Dean. She said each of us had the same job description. It is neither of these.

Please let me know when you are available to meet this week.

Marjorie



**MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>**

# Job Descriptions
1 message

**Natacha Unelus** <natacha_unelus@fitnyc.edu>         Thu, Aug 31, 2017 at 9:50 AM
To: MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

Good morning Marjorie,

Here is what we have on file for you. Apologies if they're duplicates or redundant. We're in the process of organizing our files.

**With Appreciation,**

*Natacha Unelus*

Human Resources Generalist



333 Seventh Avenue - 16th Floor

New York, NY 10001

212-217-3662

---

**3 attachments**

-  **Marjorie Phillips jd (2).doc**
  43K

- **marjorie phillips reevaluation supporting document.doc**
  35K

- **Executive Education program_Office Associate_Phillips_M_2006.pdf**
  881K


**State University of New York**

MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Re: Job Descriptions
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  Tue, Aug 22, 2017 at 4:46 PM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Thank you Natacha!

Marjorie

> On Tue, Aug 22, 2017 at 4:37 PM, Natacha Unelus <natacha_unelus@fitnyc.edu> wrote:
>> Good afternoon Marjorie,
>>
>> Attached, please find some descriptions for Department Coordinator (Schedule 92) and Department Industry Project Coordinator (Schedule 93).
>>
>> **With Appreciation,**
>>
>> *Natacha Unelus*
>>
>> Human Resources Generalist
>>
>> 
>> **Fashion Institute of Technology**
>>
>> 333 Seventh Avenue - 16th Floor
>>
>> New York, NY 10001
>>
>> 212-217-3662

--

Marjorie

Marjorie Phillips
School of Graduate Studies
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY 10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu

Please note: FIT will be closed on Fridays during the summer months (late May through mid-August)

PLAINTIFF PHILLIPS 000161



MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Re: Job Descriptions
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  Tue, Aug 22, 2017 at 4:46 PM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Thank you Natacha!

Marjorie

On Tue, Aug 22, 2017 at 4:37 PM, Natacha Unelus <natacha_unelus@fitnyc.edu> wrote:
> Good afternoon Marjorie,
>
> Attached, please find some descriptions for Department Coordinator (Schedule 92) and Department Industry Project Coordinator (Schedule 93).
>
> **With Appreciation,**
>
> *Natacha Unelus*
>
> Human Resources Generalist
>
> 
>
> 333 Seventh Avenue - 16th Floor
>
> New York, NY 10001
>
> 212-217-3662

--

Marjorie

Marjorie Phillips
School of Graduate Studies
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY 10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu

Please note: FIT will be closed on Fridays during the summer months (late May through mid-August)

PLAINTIFF PHILLIPS 000162



**FIT** State University of New York

MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Re: Job Descriptions
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>　　　Tue, Aug 22, 2017 at 4:46 PM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Thank you Natacha!

Marjorie

On Tue, Aug 22, 2017 at 4:37 PM, Natacha Unelus <natacha_unelus@fitnyc.edu> wrote:
> Good afternoon Marjorie,
>
> Attached, please find some descriptions for Department Coordinator (Schedule 92) and Department Industry Project Coordinator (Schedule 93).
>
> **With Appreciation,**
>
> *Natacha Unelus*
>
> Human Resources Generalist



Fashion Institute of Technology

333 Seventh Avenue - 16th Floor

New York, NY 10001

212-217-3662

--

Marjorie

Marjorie Phillips
School of Graduate Studies
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY 10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu

Please note: FIT will be closed on Fridays during the summer months (late May through mid-August)

PLAINTIFF PHILLIPS 000163



# FIT State University of New York

MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Re: Appointment
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>　　　　　　　　Tue, Aug 15, 2017 at 3:56 PM
To: Natacha Unelus <natacha_unelus@fitnyc.edu>

Fine, thank you!

On Tue, Aug 15, 2017 at 3:50 PM, Natacha Unelus <natacha_unelus@fitnyc.edu> wrote:
> Sure, how does 1pm look for you?
>
> **With Appreciation,**
>
> *Natacha Unelus*
>
> Human Resources Generalist
>
> 
> **Fashion Institute of Technology**
>
> 333 Seventh Avenue - 16th Floor
>
> New York, NY 10001
>
> 212-217-3662
>
>
> On Tue, Aug 15, 2017 at 3:46 PM, MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu> wrote:
>> Natacha,
>>
>> Are you available to speak with me tomorrow after 12:00 for a few questions in person?
>>
>> Thanks.
>>
>> Marjorie
>>
>> Marjorie Phillips
>> School of Graduate Studies
>> Fashion Institute of Technology
>> Seventh Avenue at 27th Street
>> New York City, NY  10001-5992
>> (212) 217-4307
>> marjorie_phillips@fitnyc.edu
>>
>> Please note: FIT will be closed on Fridays during the summer months (late May through mid-August)

--

Marjorie

PLAINTIFF PHILLIPS 000164