

**State University of New York**

MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Marjorie Phillips
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>                 Fri, Feb 15, 2019 at 2:50 PM
To: DELIWE KEKANA <deliwe_kekana@fitnyc.edu>
Cc: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, AMY ZABOROWSKI <amy_zaborowskismith@fitnyc.edu>

Dear Deliwe,

I am not sure how long it takes, but it has been approximately ten months since I filed the complaint and I would like to know if the investigation has been concluded. If so, what were your findings?

Thank you in advance.

Marjorie

Marjorie Phillips
**SCHOOL OF GRADUATE STUDIES - E315**
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY  10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu

1/20/2021 — Fashion Institute of Technology Mail - Fwd: Marjorie Phillips



**FIT State University of New York**

Jerilee Fonseca <jerilee_fonseca@fitnyc.edu>

---

## Fwd: Marjorie Phillips
2 messages

---

**DELIWE KEKANA** <deliwe_kekana@fitnyc.edu>  
To: JERILEE FONSECA <jerilee_fonseca@fitnyc.edu>

Thu, May 16, 2019 at 10:15 AM

Deliwe Kekana  
Affirmative Action Officer and Title IX Coordinator  
Fashion Institute of Technology  
212 217.3360  
212 217.3365

---------- Forwarded message ----------  
From: **MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  
Date: Thu, May 16, 2019, 12:10  
Subject: Marjorie Phillips  
To: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, DELIWE KEKANA <deliwe_kekana@fitnyc.edu>

Dear Deliwe and Isolina,

Today Marilyn Barton exploded and threatened to kill me in the office. Apparently, she didn't like a professional opinion I expressed and difference of opinion about a office matter and completely lost it. I am too upset to come over now, but will follow-up with you later to find out your availability.

She is discussing this with the Dean now in her office..

With much appreciation,

Regards,

Marjorie

Marjorie Phillips  
**SCHOOL OF GRADUATE STUDIES - E315**  
Fashion Institute of Technology  
Seventh Avenue at 27th Street  
New York City, NY 10001-5992  
(212) 217-4307  
marjorie_phillips@fitnyc.edu

---

**DELIWE KEKANA** <deliwe_kekana@fitnyc.edu>  
To: Jerilee Fonseca <jerilee_fonseca@fitnyc.edu>

Wed, Jan 20, 2021 at 2:24 PM

For #20

~~~

Deliwe Kekana  
Affirmative Action Officer and Title IX Coordinator  
Fashion Institute of Technology

DFIT000083

 

marjorie phillips <phillipmarj@gmail.com>

## Marjorie Phillips - Job Description
3 messages

---

**marjorie phillips** <phillipmarj@gmail.com>     Tue, Nov 5, 2019 at 3:46 PM
To: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, ELLEN LYNCH <ellen_lynch@fitnyc.edu>, marjorie phillips <phillipmarj@gmail.com>, amy_zaborowski@fitnyc.edu

Isolina,

I did not ask Mary Davis to do anything except explain to me what additional roles/responsibilities she had in mind so that I was clear. Please call me when your time permits. Dean Mary Davis has been promising me an upgrade and adding to my responsibilities for the past few years. I didn't object to any new responsibilities, but when I filed the Affirmative Action complaint, I dropped the upgrade discussion because I didn't believe she would honor her promise to me anymore. Over two years ago we discussed an upgrade and I spoke with Natacha (Human Resources) at the time. Mary never brought the subject up again after my AA complaint.

Marjorie

Sent from my iPhone

---

**ISOLINA PEREZ** <isolina_perez@fitnyc.edu>     Tue, Nov 5, 2019 at 4:31 PM
To: Marjorie Phillips <phillipmarj@gmail.com>
Cc: ELLEN LYNCH <ellen_lynch@fitnyc.edu>, amy_zaborowskismith@fitnyc.edu

Hi Marjorie

I doubt that a reclass is going to happen at this time. We will ensure that the duties she outlines for you are within your Office Associate position.

When she reschedules your appointment, please let me know so that you can meet with me afterwards.

Best
Isolina

PS I can give you a call tomorrow.

[Quoted text hidden]

---

**marjorie phillips** <phillipmarj@gmail.com>     Wed, Nov 6, 2019 at 5:39 PM
To: ISOLINA PEREZ <isolina_perez@fitnyc.edu>
Cc: ELLEN LYNCH <ellen_lynch@fitnyc.edu>, amy_zaborowskismith@fitnyc.edu

Dear Isolina,

I was near the office to see my doctor today, but didn't hear from you, so I went home. As I mentioned to Ellen when we spoke on Monday, the space proposed by the Dean @ 236 West 27th Street is unacceptable, but I did not hear anything from Mary Davis yet. There are a few questions, however, that I have for either you or Ellen in the meantime.

Many thanks!

Marjorie Phillips

[Quoted text hidden]

From: marjorie phillips <phillipmarj@gmail.com>
Date: November 8, 2019 at 11:34:26 EST
To: Mary Davis <mary_davis@fitnyc.edu>
Cc: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, ELLEN LYNCH <ellen_lynch@fitnyc.edu>, amy_zaborowski@fitnyc.edu
Subject: Marjorie Phillips

Dear Mary,

Last night I received an email from VP Cynthia Glass that my return date had been moved to Monday, November 11, 2019. As you know, you and I were scheduled to sit down together on Tuesday afternoon and finalize the discussion we started on Monday regarding a new workspace and any additional duties/responsibilities - prior to my return date. I would like to reiterate, I am not a receptionist and the space you suggested is not acceptable. I would like to be placed in a location where I can thrive and be productive. In addition, I will also need any additional duties outlined and what is expected of me in the new workspace.

I must say that I feel as though I am being retaliated against for making a complaint to HR and the Union. I'm requesting that I be placed in a suitable area where I can work in tandem with others without constant interruption. I'm only asking to be given the same consideration as anyone else in The School of Graduate Studies. I'm asking for fair treatment.

Kind Regards,

Marjorie Phillips

DFIT000791