1/20/2021  Fashion Institute of Technology Mail - Fwd: Marjorie Phillips



**FIT State University of New York**

Jerilee Fonseca <jerilee_fonseca@fitnyc.edu>

## Fwd: Marjorie Phillips
2 messages

---

**DELIWE KEKANA** <deliwe_kekana@fitnyc.edu>  
To: JERILEE FONSECA <jerilee_fonseca@fitnyc.edu>

Thu, May 16, 2019 at 10:15 AM

Deliwe Kekana  
Affirmative Action Officer and Title IX Coordinator  
Fashion Institute of Technology  
212 217.3360  
212 217.3365

---------- Forwarded message ---------  
From: **MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>  
Date: Thu, May 16, 2019, 12:10  
Subject: Marjorie Phillips  
To: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, DELIWE KEKANA <deliwe_kekana@fitnyc.edu>

Dear Deliwe and Isolina,

Today Marilyn Barton exploded and threatened to kill me in the office. Apparently, she didn't like a professional opinion I expressed and difference of opinion about a office matter and completely lost it. I am too upset to come over now, but will follow-up with you later to find out your availability.

She is discussing this with the Dean now in her office..

With much appreciation.

Regards,

Marjorie

Marjorie Phillips  
**SCHOOL OF GRADUATE STUDIES - E315**  
Fashion Institute of Technology  
Seventh Avenue at 27th Street  
New York City, NY 10001-5992  
(212) 217-4307  
marjorie_phillips@fitnyc.edu

---

**DELIWE KEKANA** <deliwe_kekana@fitnyc.edu>  
To: Jerilee Fonseca <jerilee_fonseca@fitnyc.edu>

Wed, Jan 20, 2021 at 2:24 PM

For #20

~~~
Deliwe Kekana  
Affirmative Action Officer and Title IX Coordinator  
Fashion Institute of Technology