In Attendance: Marilyn Barton, Ellen Lynch, Cynthia Glass, Andres Nunez, Isolina Perez, Natacha Unelus
6-18-2019                                                         Re: Incident in Graduate Studies w/Marjorie Phillips

- CG – We completed the investigation on the incident regarding the regalia and and your response to that (interaction with Marjorie Phillips [MP]). I think the fact that you went to the EAP (Employee Assistance Program) voluntarily shows that you understand the behavior was not an appropriate response. I understand this was atypical for you. When we look at proposed disciplinary charges, it's really about coming up with charges and a committee or address the cause of what's happening and why. Consistent with how the college has dealt with behavior before was an intervention.

*CG shares and explains proposal and conditions (document).*

- CG – There will be no charges nor committee. What I would like to do is address the underlying issue in the relationship with MP and department. I hope you can breathe easy knowing we aren't going to the disciplinary committee. You will go through EAP but you will go through formal EAP intake and Robin Zarel (RZ) will let us know what she thinks is appropriate. We will have her propose something and the Union and College will agree to that program.

  I don't make anyone go back to work after a meeting like this. You are excused for the rest of the day and will not have to charge your time. NU will explain the programs that she found that aim to help.

*Natacha explains radical empathy program through affirmative action.*

- NU – It will start with radical empathy and after convocation we will work with affirmative action on more programs for your department.
- CG – It's going to be difficult work but I certainly would love for this intervention help the department become more effective. If it doesn't and there are other issues then it could result in further discipline. That expectation is for everyone in the department to work together.

*CG explains vacation and cooling down timeline.*

- MB – For a long time MP accused myself of charges and I never got any result.
- NU – Deliwe Kekana (DK) is working on that and she said she completed the summaries and she plans on meeting with each person.
- CG – We think part of what's happening is that there is no closure on that investigation. It will all factor into radical empathy training and it's an opportunity to come back together. It's going to be hard, im going to need you to be engaged in the process.

*CG closes meeting.*