Gmail

marjorie phillips <phillipmarj@gmail.com>

# Personal Safety and Inaction at the Fashion Institute of Technology - Marjorie Phillips

2 messages

**marjorie phillips** <phillipmarj@gmail.com>
To: Kristina.Johnson@suny.edu
Cc: joyce_brown@fitnyc.edu, elizabeth.garvey@suny.edu

Wed, Jun 19, 2019 at 9:05 PM

Dear Chancellor Kristina M. Johnson,

I am requesting your assistance regarding an urgent matter. I believe my coworker was retaliating for an open unresolved Affirmative Action complaint I filed in April 2018 against her (and others) and the on-going investigation. (Complaint also includes the Dean of the School of Graduate Studies, Mary Davis)

On Thursday, 5/16/19 Marilyn Barton and I had a professional difference of opinion in the office which led to her suddenly becoming very irate, screaming, approaching me from the across the room, using profanity, continuing to yell and threatening to kill me. At the point where she reached my desk standing over me, I saw her seemingly out of control spitting and foaming at the mouth in anger. While I was still sitting at my desk she put her hands on my chest and pushed me. I stood up and tried to move away from her for my safety.

It was brutal rage, physical, verbally abusive, unprofessional, confrontational and uncontrollable behavior. She was foaming at the mouth. Without me trying to diffuse the situation & calm her down, it would have been a catastrophe. All of this was witnessed by another coworker. I reported the incident to Public Safety, HR, the Union, Affirmative Action and the NYC Police Department.

This type of behavior is intolerable, unprofessional and should not be allowed in the work environment. It has created a hostile work environment for me. At the time I was shaken and in tears as a result. Since then I have had difficulty sleeping and fear that this behavior will only escalate if she is allowed back in the office.

After a few days HR assured me that my safety was important and that she would not be allowed back in to the office at the same time that I was in office until everything was resolved. To my surprise, she appeared in the office today for a workshop organized by the Dean for which I was never informed she would be present. I was alone with her in the office. I was shaken to my core and left the office immediately. To be professional, I went to the workshop but I was emotionally unable to complete it.

I am now home writing this letter because I have not gotten an adequate response from the college and continue to fear for my safety.

I have been a 20 year employee of the university with exemplary service and I am concerned that my safety is not a concern to others in the university. I am surprised because my Pastor, Rev. Dr. Calvin Otis Butts III, longtime president of SUNY Old Westbury has always been an advocate of the SUNY system and telling people about the great opportunities and values.

I work for the the Fashion Institute of Technology in the School of Graduate Studies as a administrator and have not received resolution to the stress and violence I have experienced. I am concerned about my personal safety. In fact I have been put in jeopardy by the university permitting her to return to the office. Of even greater concern to me, Marilyn Barton's behavior has only escalated over time since my original complaint in April 2018. I believe it is because of the inaction of the university because of my previous Affirmative Action complaint. Violence in the workplace is never acceptable and Marilyn Barton has created a hostile work environment for me in which I am in constant fear of what her next action would be.

I am available to discuss this further if you require more information from me. I must be guaranteed that my safety is going to be treated with the importance that it deserves.

Sincerely,

Marjorie Phillips
Office Associate
School of Graduate Studies
Fashion Institute of Technology

**Exhibit 008**

PLAINTIFF PHILLIPS 000399

Seventh Avenue @ 27th Street
(212) 217-4307

**marjorie phillips** <phillipmarj@gmail.com>  Fri, Jun 21, 2019 at 7:41 PM
To: Juliette Allen <chinue11@aol.com>

[Quoted text hidden]

PLAINTIFF PHILLIPS 000400