

**Beth Garvey**
Vice Chancellor for Legal Affairs
and General Counsel

State University of New York
Albany, New York 12246

www.suny.edu

August 8, 2019

Marjorie Phillips
School of Graduate Studies
Fashion Institute of Technology
227 W. 27th Street
New York, NY 10001
**Via Email to phillipmarj@gmail.com and U.S. Mail**

Dear Marjorie Phillips:

The Chancellor received your email dated June 19, 2019, and referred it to my office for review and response.

My office has been in touch with the office of the President of the Fashion Institute of Technology. I have full confidence that the FIT administration will be able to maintain a safe and inclusive workplace for you moving forward.

Although I cannot share specific details of a personnel investigation and decision, I can assure you that a thorough investigation was conducted and appropriate action is being taken pursuant to the terms and conditions of the relative collecting bargaining agreements.

Thank you for your email and for alerting my office to this issue.

Sincerely,

Elizabeth Garvey
Vice Chancellor for Legal Affairs and
General Counsel

cc:   President Joyce F. Brown, Fashion Institute of Technology
      Jennifer LoTurco, Deputy to the President, Fashion Institute of Technology

Exhibit 009