

MARJORIE PHILLIPS <marjorie_phillips@fitnyc.edu>

## Marjorie Phillips
1 message

**MARJORIE PHILLIPS** <marjorie_phillips@fitnyc.edu>     Fri, Feb 15, 2019 at 2:50 PM
To: DELIWE KEKANA <deliwe_kekana@fitnyc.edu>
Cc: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, AMY ZABOROWSKI <amy_zaborowskismith@fitnyc.edu>

Dear Deliwe,

I am not sure how long it takes, but it has been approximately ten months since I filed the complaint and I would like to know if the investigation has been concluded. If so, what were your findings?

Thank you in advance.

Marjorie

Marjorie Phillips
**SCHOOL OF GRADUATE STUDIES - E315**
Fashion Institute of Technology
Seventh Avenue at 27th Street
New York City, NY 10001-5992
(212) 217-4307
marjorie_phillips@fitnyc.edu