

**State University of New York**

MARIO CABRERA <mario_cabrera@fitnyc.edu>

## Re: Incident in Graduate Studies
1 message

**PLAINTIFF 36
12/20/21. LS**

**Mary Davis** <mary_davis@fitnyc.edu>           Mon, May 20, 2019 at 9:53 PM
To: CYNTHIA GLASS <cynthia_glass@fitnyc.edu>
Cc: Natacha Unelus <natacha_unelus@fitnyc.edu>, MARIO CABRERA <mario_cabrera@fitnyc.edu>, ERIC ODIN <eric_odin@fitnyc.edu>

Hi Cynthia,
Thanks very much. FYI I left a voicemail with Isolina this afternoon around 1 pm letting her know that I was gathering information and would like to wait until that process was complete before meeting.
Best,
Mary

Mary Davis, Ph.D.
Dean, School of Graduate Studies
Fashion Institute of Technology
27th and 7th Ave, E315
New York, NY 10001
212-217-4309

On May 20, 2019, at 20:46, CYNTHIA GLASS <cynthia_glass@fitnyc.edu> wrote:

> Sorry, forgot to cc you Mary.
>
> On Mon, May 20, 2019 at 8:44 PM CYNTHIA GLASS <cynthia_glass@fitnyc.edu> wrote:
>> Hello Isolina,
>> We are currently investigating the incident and I expect to have a report from Campus Safety in the am. Until an assessment that there is no imminent danger or other safety concerns, she may elect to remain home until we discuss and determine what may be necessary to resolve this issue. If you have any immediate concerns, please feel free to contact me by cell at 313.590.8804. Thanks, Cynthia
>>
>> On Mon, May 20, 2019 at 6:31 PM ISOLINA PEREZ <isolina_perez@fitnyc.edu> wrote:
>>> Dear Eric and Cynthia
>>>
>>> I need to meet with you as soon as possible to discuss a serious incident that occurred last week in the graduate studies between Marilyn Barton and Marjorie Phillips.
>>>
>>> I reached out to Mary Davis and she said she needed to find out the protocol before discussing the incident. I also reached out to Natacha this morning asking her to reach out to Mary Davis. I haven't heard back from her either.
>>>
>>> Since Marjorie doesn't feel safe in the same office with Marilyn, I have reached out to Mario Cabrera to ask for a security escort for Marjorie until further action is taken.
>>>
>>> I'm available tomorrow between 1:30-3:00.
>>>
>>> Please advise.
>>>
>>> Thank you.
>>>
>>> Best,
>>> Isolina

DFIT000237

--

Isolina Perez
Dept/Industry Project Coordinator
Jewelry Design Department, D305
212-217-5742


Vice President - Staff
United College Employees of FIT (UCE of FIT)
Room B902
212-217-3370


--
Cynthia M. Glass, EdD
VP, Human Resource Management & Labor Relations
SUNY Fashion Institute of Technology
227 W 27th Street
New York, NY 10001
office: 212-217-3653


--
Cynthia M. Glass, EdD
VP, Human Resource Management & Labor Relations
SUNY Fashion Institute of Technology
227 W 27th Street
New York, NY 10001
office: 212-217-3653

DFIT000238