From: marjorie phillips <phillipmarj@gmail.com>
Date: November 8, 2019 at 11:34:26 EST
To: Mary Davis <mary_davis@fitnyc.edu>
Cc: ISOLINA PEREZ <isolina_perez@fitnyc.edu>, ELLEN LYNCH <ellen_lynch@fitnyc.edu>, amy_zaborowski@fitnyc.edu
Subject: Marjorie Phillips

Dear Mary,

Last night I received an email from VP Cynthia Glass that my return date had been moved to Monday, November 11, 2019. As you know, you and I were scheduled to sit down together on Tuesday afternoon and finalize the discussion we started on Monday regarding a new workspace and any additional duties/responsibilities - prior to my return date. I would like to reiterate, I am not a receptionist and the space you suggested is not acceptable. I would like to be placed in a location where I can thrive and be productive. In addition, I will also need any additional duties outlined and what is expected of me in the new workspace.

I must say that I feel as though I am being retaliated against for making a complaint to HR and the Union. I'm requesting that I be placed in a suitable area where I can work in tandem with others without constant interruption. I'm only asking to be given the same consideration as anyone else in The School of Graduate Studies. I'm asking for fair treatment.

Kind Regards,

Marjorie Phillips

DFIT000791