

State University of New York

Natacha Unelus <natacha_unelus@fitnyc.edu>

## Office News
1 message

**MARY DAVIS** <mary_davis@fitnyc.edu>  Mon, Nov 11, 2019 at 8:55 AM
To: natasha degen <natasha_degen@fitnyc.edu>, Paul Melton <paul_melton@fitnyc.edu>, BECKY CONEKIN <becky_conekin@fitnyc.edu>, Denyse Montegut <denyse_montegut@fitnyc.edu>, Lourdes Font <lourdes_font@fitnyc.edu>, Christina Lyons <christina_lyons@fitnyc.edu>, Brenda Cowan <Brenda_cowan@fitnyc.edu>, Brendan Leach <brendan_leach@fitnyc.edu>, Kyle Farmer <jonathan_farmer@fitnyc.edu>, Stephan Kanlian <stephan_kanlian@fitnyc.edu>, Brooke Carlson Fit <brooke_carlson@fitnyc.edu>, Pamela Ellsworth <pamela_ellsworth@fitnyc.edu>, Margaret Joseph <margaret_joseph@fitnyc.edu>, Umilta Allsop <umilta_allsop@fitnyc.edu>, Marilyn Barton <marilyn_barton@fitnyc.edu>, Anton Baptiste <anton_baptiste@fitnyc.edu>, Marissa Hairston <Marissa_Hairston@fitnyc.edu>, Ariele Elia <ariele_elia@fitnyc.edu>, Dorene Kaplan <dorene_kaplan@fitnyc.edu>, LYNN WEIDNER <lynn_weidner@fitnyc.edu>, Katharine Dorny <katharine_dorny@fitnyc.edu>, HENRY WALLACE <henry_wallace@fitnyc.edu>
Cc: Marjorie Phillips <marjorie_phillips@fitnyc.edu>

Dear All,

Please join me in welcoming Marjorie Phillips back to the office. Marjorie's duties will remain unchanged, but her new location will be 236 27th Street, Suite 5N.

Many thanks,
Mary

Mary E. Davis, Ph.D.
Dean, School of Graduate Studies
Fashion Institute of Technology
27th and 7th Ave., Suite E315
New York, NY 10001
212-217-4309
https://www.fitnyc.edu/graduate-studies/