UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MARJORIE PHILLIPS,

                 Plaintiff,

  -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS and MARILYN BARTON,

                Defendants.

------------------------------------x

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The oral argument on Defendants' motion for summary judgment, (ECF No. 79), scheduled for November 30, 2022 is adjourned to January 18, 2023 at 10:30 a.m.

Dated: November 10, 2022
       New York, New York

                                            SO ORDERED.

                                            GEORGE B. DANIELS
                                            United States District Judge