**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARJORIE PHILLIPS,

                Plaintiff,
   -against-                                     20 **CIVIL** 221 (GBD)

                                                        **<u>JUDGMENT</u>**

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS and MARILYN BARTON,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 15, 2023, Defendants' motions for summary judgment are GRANTED and this action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      March 15, 2023

                                                              **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**          *K. Mango*

                                                                   **Deputy Clerk**