UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARJORIE PHILLIPS,

                            Plaintiff,

    -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS, and MARILYN BARTON,

                          Defendants.

------------------------------------------------------------x

                ORDER

                20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A pretrial conference is hereby scheduled for July 24, 2024 at 9:45 a.m.

Dated: July 9, 2024
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge