UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARJORIE PHILLIPS,

                          Plaintiff,

   -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS, and MARILYN BARTON,

                         Defendants.

------------------------------------------------------------x

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The pretrial conference scheduled for July 24, 2024 is hereby rescheduled to July 23, 2024 at 10:00 a.m.

Dated: July 11, 2024
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge