UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

MARJORIE PHILLIPS,

                Plaintiff,

   -against-

THE FASHION INSTITUTE OF TECHNOLOGY,
MARY DAVIS, and MARILYN BARTON,

             Defendants.

-------------------------------------X

    ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

The pretrial conference scheduled for July 23, 2024 is hereby adjourned to September 24, 2024 at 10:00 a.m.

Dated: July 18, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge