**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARJORIE PHILLIPS,

                                **Plaintiff,**

            **-against-**

FASHION INSTITUTE OF TECHNOLOGY, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

**20-CV-00221 (GBD)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

     Pending before the Court is Defendant Fashion Institute of Technology's motion for final judgment and costs. As discussed at today's conference, by August 1, 2024, Plaintiff shall file evidence of financial hardship in support of her opposition to Defendant's motion. That evidence should include a sworn statement by Plaintiff quantifying her assets and liabilities, along with supporting documentation. Defendant may respond to Plaintiff's evidence by August 8, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 18, 2024
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 7/18/2024 ___