UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARJORIE PHILLIPS,

                Plaintiff,

      -against-

FASHION INSTITUTE OF TECHNOLOGY, et al.,

                Defendants.

20-CV-00221 (GBD)(SN)

**ORDER**

---

GEORGE B. DANIELS, United States District Judge:

      The joint pretrial order is due February 14, 2025. The pretrial conference scheduled for February 19, 2025 is hereby adjourned to February 26, 2025 at 10:00 a.m.

SO ORDERED.

Dated:   January 30, 2025
           New York, New York

                                          /s/ George B. Daniels
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE