UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARJORIE PHILLIPS,<br><br>                Plaintiff,<br><br>    -against-<br><br>FASHION INSTITUTE OF TECHNOLOGY, et al.,<br><br>               Defendants. | **20-CV-00221 (GBD)(SN)**<br><br>**ORDER** |

GEORGE B. DANIELS, United States District Judge:

    The joint pretrial order is due April 15, 2025. The pretrial conference scheduled for February 26, 2025 is hereby adjourned to April 24, 2025 at 10:00 a.m.

SO ORDERED.

Dated:    February 18, 2025
            New York, New York

                                              _George B. Daniels_
                                        HONORABLE GEORGE B. DANIELS
                                              United States District Judge