UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MARJORIE PHILLIPS,

                Plaintiff,                20 **CIVIL** 0221 (GBD)(SN)

      -against-                                  **JUDGMENT**

THE FASHION INSTITUTE OF
TECHNOLOGY, MARY DAVIS and
MARILYN BARTON,

                Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated March 03, 2025, the Court adopts the Report & Recommendation in its entirety. FIT's motion for entry of final judgment and an award of costs in the amount of $15,983.75 is GRANTED. Judgment is entered in favor of Defendants Fashion Institute of Technology and Mary Davis.

**Dated:** New York, New York
         March 3, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                              **BY:** _____
                                                    **Deputy Clerk**