UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MARJORIE PHILLIPS,

                    Plaintiff,

-against-

MARILYN BARTON,

                    Defendant.

------------------------------------ x

ORDER

20 Civ. 221 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle (*see* ECF No. 185), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

All deadlines and the trial previously scheduled are adjourned *sine die*.

Dated: New York, New York
        August 12, 2025

SO ORDERED.

GEORGE B. DANIELS
United States District Judge